**Dismissed and Memorandum Opinion filed October 15, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00565-CV

## IN THE MARRIAGE OF NATHAN B. ALLEN AND REBECCA R. ALLEN

**On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Cause No. 17-FD-2148**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 1, 2019. The notice of appeal was filed July 18, 2019. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code Ann. § 51.207.

On September 12, 2019, this court ordered appellant to pay the appellate filing fee on or before September 27, 2019, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order.

Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.